ent consent that the appellant may withdraw his appeal to the Court of Appeals, if so advised, without costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ. Order to be settled before Mr. Justice Burr.

Central New England Railway Company, Respondent, v. Agnes Morrison and Others, Appellants.— Motion denied and temporary stay vacated, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Central New England Railway Company, Respondent, v. Agnes Morrison and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Philip Dietrich, Respondent, v. Lalance & Grosjean Manufacturing Company, Appellant, Impleaded, etc.— Motion to resettle order granted, without costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

Michael W. Flynn, Plaintiff, v. New York, Westchester and Boston Railway Company and Another, Defendants.— Motion for stay granted, without costs, upon the furnishing of proper security by the appellant. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ. Order to be settled before the presiding justice.

Helen Parker Hatch, Respondent, v. Edward F. Terry, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Hector M. Hitchings, Respondent, v. Henry Barr and Others, Defendants. Ella B. Rupert, Appellant. (Actions Nos. 1 and 2.) — Motions denied, upon condition that appellant perfect her appeal, pay ten dollars costs, place the cases on the next calendar, and be ready for argument when reached; otherwise, motions granted, with ten dollars costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

Chauncey S. Horton and Others, Plaintiffs, v. Thomas McNally Company, Defendant. Georgia-Florida Lumber Company, Plaintiff, v. Thomas McNally Company, Defendant.— Motion granted and case placed at the foot of the present calendar. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of Acquiring Title by The City of New York to Certain Lands, etc., in the Borough of Queens. In the Matter of the Application of Martha Schin, as Administratrix, etc., of Richard Jordan, Deceased. — Report of referee confirmed. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

In the Matter of the Application of The City of New York, etc. Thirty-ninth Street Ferry.— Motion to dismiss appeal denied, on condition that within twenty days the appellant pay to each of the respondents ten dollars costs of the motion, and within the same time perfect its appeal and serve the printed appeal books. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

In the Matter of the Application of The City of New York, etc. Opening of Titus Street from Jackson Avenue to East River, in the Borough of Queens.— Motion to resettle order granted, without costs. Present—